# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Cherie Williams, on behalf of herself and others similarly situated, | |
| Plaintiff, | Case No. 2:17-cv-13307-NGE-SD |
| vs. | |
| Equifax Inc. and Equifax Information Services LLC, | |
| Defendants. | |

## ORDER STAYING THESE PROCEEDINGS

This Court has considered the Defendants' Motion to Stay or, in the Alternative, for an Extension of Time to Respond to the Complaint. The Motion is GRANTED. All proceedings and deadlines in this case are stayed until the Judicial Panel on Multidistrict Litigation resolves the Motions for Consolidation and Transfer Under 28 U.S.C. § 1407 filed in *In re Equifax, Inc., Customer Data Security Breach Litigation*, MDL No. 2800 (J.P.M.L. Sept. 11, 2017).

SO ORDERED, this 6th day of November, 2017.

s/ Nancy G. Edmunds
United States District Court Judge

216443863.1